UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LATICIA W. LEWIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-9665** |
| **JUDGE THOMAS R. DUPLANTIER** | **SECTION "F" (3)** |

**ORDER**

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff's complaint be and is hereby dismissed without prejudice for failure to state cognizable claim in federal court on the ground of judicial immunity.

New Orleans, Louisiana, this __21st__ day _____June_____, 2019.

_____
**MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE**